[No. 80572-5.   En Banc.]
Argued October 28, 2008.     Decided January 21, 2010.

MARTIN SCHNALL ET AL., *Individually and on Behalf of All Members of the Class of Persons Similarly Situated, Respondents,* v. AT&T WIRELESS SERVICES, INC., *Petitioner.*

The opinion in the above captioned case, which appeared in the advance sheets at 168 Wn. App. 125-60, has not been published in this permanent bound volume pursuant to an order of the Supreme Court dated February 17, 2011 withdrawing the opinion. See 171 Wn.2d 260.